UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GIOVANNI K. KURTZE,

    Petitioner

v.

PHILIP J. KOHN, et al.,

    Respondents

Case No.: 2:17-cv-01057-RFB-VCF

**ORDER**

    On June 19, 2018, the court dismissed Kurtze's action with leave to file an amended federal habeas corpus petition if that is indeed what he intended (ECF No. 4). The court pointed out several deficiencies in the original filing. The court directed Kurtze to file his amended petition, if any, within 45 days of the date of the order. The order further advised that failure to file an amended petition in conformance with the order would result in the dismissal of the action.

    That order was served on Kurtze via U.S. mail at his address of record (*see* ECF No. 4). More than the allotted time has passed, and Kurtze has failed to file an amended petition or respond to the order in any way. Accordingly, this action is dismissed for failure to respond to the court's order to file an amended petition.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: February 26, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE